Kristin A. Zilberstein, Esq. (SBN 24104960)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorneys for Movant, SN162 LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | |
|---|---|
| In Re:<br><br>Fannie Mae Willis,<br><br>    DEBTOR.<br><br>SN 162 LLC<br><br>    MOVANT<br><br>Fannie Mae Willis<br><br>    RESPONDENTS. | CASE NO.: 18-31168-hdh7<br><br>CHAPTER 13<br><br>**NOTICE HEARING OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>DATE: November 21, 2018<br>TIME: 1:30 p.m.<br>CTRM: 3<br>PLACE: U.S. Bankruptcy Court<br>          1100 Commerce Street<br>          Dallas, TX 75242<br><br>Honorable Harlin DeWayne Hale |

To the Debtors, Debtors' Counsel, and the Chapter 13 Trustee:

**PLEASE TAKE NOTICE** that on November 21, 2018, at 1:30 p.m., or as soon thereafter as the matter can be heard before the Honorable Harlin DeWayne Hale of the above-entitled court located at 1100 Commerce Street, Dallas, TX 75242, Courtroom 3, SN162 LLC ("**Movant**"), will move this Court for an order granting relief from the automatic stay relative to Movant's interest in the real property commonly known as 3612 Utah Avenue, Dallas, TX 75216, and more fully described in the Motion herein.

**PLEASE TAKE FURTHER NOTICE** that Respondent must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondent fails to appear, default may be entered.

Dated:  November 12, 2018

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Attorney for Movant SN162 LLC

Kristin A. Zilberstein, Esq. (SBN 24104960)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

**Attorney for Movant,**
SN162 LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | CASE NO.:  18-31168-hdh7 |
| § | |
| **Fannie Mae Willis,** § | CHAPTER 7 |
| § | |
| DEBTORS, § | **CERTIFICATE OF SERVICE** |
| § | |
| **SN162 LLC,** § | |
| § | |
| MOVANT, § | |
| § | |
| **Fannie Mae Willis** § | |
| § | |
| RESPONDENTS. § | |
| § | |
| § | |

### CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On November 12, 2018 I served the following documents described as:

- **NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Fannie Mae Willis<br>3612 Utah Avenue<br>Dallas, TX 75216<br><br>**Debtors' Counsel**<br>Richard D. Kinkade<br>Law Office of Richard D. Kinkade<br>2121 W. Airport Frwy.<br>Suite 400<br>Irving, TX 75062<br><br>**Co-Debtor**<br>Annie F. Ewing<br>3612 Utah Avenue<br>Dallas, TX 75216 | **Chapter 13 Trustee**<br>Diane G. Reed<br>501 N. College Street<br>Waxahachie, TX 75165<br><br>**U.S. Trustee**<br>United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242 |
|---|---|

  xx    (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on November 12, 2018 at Anaheim, California

/*s / Kristin A. Zilberstein*
Kristin A. Zilberstein

2
CERTIFICATE OF SERVICE